**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD BASSETT,<br>Plaintiff,<br>v.<br>ANTHONY BELL, et al.,<br>Defendants. | No. 2:26-cv-3096-ICD-P<br><br>ORDER |

Plaintiff, a prisoner proceeding *pro se*, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's request for clarification regarding the payment of filing fees (ECF No. 8).

Plaintiff has been granted leave to proceed *in forma pauperis*. ECF No. 7. In the Court's prior order, the Sacramento County Main Jail was directed to forward to the Court on Plaintiff's behalf an initial partial filing fee and subsequent periodic installment payments until the total $350.00 filing fee for this action has been paid. *Id.* Pursuant to 28 U.S.C. § 1915(b)(1), Plaintiff will be assessed an initial partial filing fee equal to the greater of: (1) 20 percent of the average monthly deposits into Plaintiff's inmate trust account, or (2) 20 percent of the average monthly balance for the 6-month period preceding the filing of this action on September 10, 2026. *Id.*

Thereafter, whenever the balance in Plaintiff's inmate trust account exceeds $10.00, the Sacramento County Main Jail will forward monthly payments to the Court equal to 20 percent of the preceding month's account balance until the fee is paid in full. *Id.* Because these payments are automatically deducted and transmitted directly to the Court by the agency having custody of Plaintiff, there is no further action required by Plaintiff to effect these payments.

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for clarification (ECF No. 8) is GRANTED insofar as the Court has herein clarified the payment process under the *in forma pauperis* statute.

2. The Clerk of the Court is DIRECTED to terminate ECF No. 8 as a pending motion on the docket.

IT IS SO ORDERED.

Dated: November 5, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE